UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
Great American Insurance Company,  :
:
                Plaintiff,  :
:  23-cv-09100 (LJL)
   -v-  :
:  ORDER
Gemstone Property Management, LLC et al.,  :
:
                Defendants.  :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The motion to lift the stay is granted. The Court will hold a case management conference by TELEPHONE on October 29, 2024 at 3 p.m. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts. The parties shall file on ECF a revised case management plan one week before the conference. The motion to order Subin Associates to appoint counsel to represent Defendants is denied because, while Mr. Soverow may have left his law firm, he has not been replaced as counsel. See Local Rule 1.4. Accordingly, the Court expects that there will either be a well-founded motion under Local Rule 1.4 or Mr. Soverow will appear or some other counsel from Mr. Soverow's law firm will file a notice of appearance.

      SO ORDERED.

Dated: October 17, 2024
      New York, New York

                                                   LEWIS J. LIMAN
                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/17/2024