USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Great American Insurance Company,

                 Plaintiff,

  -v-

Gemstone Property Management, LLC et al.,

                 Defendants.
------------------------------------------------------------------X

23-cv-09100 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The Court grants the requested extension, resetting the October 29, 2024 case management conference for November 6, 2024 at 12 p.m. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts. The Proposed Case Management Plan shall be filed with the Court no later than November 5, 2024. The Court notes that Mr. Soverow is still counsel of record and he has not been granted a motion to withdraw. Accordingly, until a withdrawal motion is made and granted or until there is substitution of counsel for Mr. Soverow consistent with Local Rule 1.4, service is deemed effective when a filing is made on ECF.

      SO ORDERED.

Dated: October 29, 2024
       New York, New York

                                             LEWIS J. LIMAN
                                             United States District Judge