```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GREAT AMERICAN INSURANCE COMPANY,

        Plaintiff,

  -v-

GEMSTONE PROPERTY MANAGEMENT, LLC et al.,

        Defendants.
------------------------------------------------------------------X

23-cv-09100 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Non-party Subin Associates is to respond to the motion to compel at Dkt. No. 146 no later than March 10, 2025.  Movant may reply no later than March 15, 2025.  Failure of Subin Associates to timely respond shall be construed as consent to the relief requested in the motion.

    SO ORDERED.

Dated: February 26, 2025
       New York, New York

                                            LEWIS J. LIMAN
                                       United States District Judge