Case 1:23-cv-09100-LJL    Document 177    Filed 09/26/25    Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GREAT AMERICAN INSURANCE COMPANY,

    Plaintiff,

 -v-

GEMSTONE PROPERTY MANAGEMENT, LLC et al.,

    Defendants.
------------------------------------------------------------------X

23-cv-09100 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

  The Post-Discovery Status Conference currently set for September 30, 2025 is adjourned sine die.

  SO ORDERED.

Dated: September 26, 2025
   New York, New York

                LEWIS J. LIMAN
                United States District Judge