UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
GREAT AMERICAN INSURANCE COMPANY,          :
:
     Plaintiff,          :
:
    -v-          :
:
GEMSTONE PROPERTY MANAGEMENT, LLC et al.,   :
:
     Defendants.          :
:
-------------------------------------------------------------------X
:
GEMSTONE PROPERTY MANAGEMENT, LLC et al.,   :
:
     Third-Party Plaintiffs,          :
:
    -v-          :
:
ASPEN SPECIALITY INSURANCE COMPANY, et al.,  :
:
     Third-Party Defendants.          :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/21/2026

23-cv-09100 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Responses to the motion to compel are due February 3, 2026.  Any replies shall be filed no later than February 6, 2026.  The Court will hold a telephonic hearing on the motion on February 9, 2026 at 12:00 p.m.  The parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

Counsel for Great American Insurance Company shall serve a copy of this order on the non-party respondents and shall file proof of service on the docket.

SO ORDERED.

Dated: January 21, 2026
    New York, New York             _____
                                      LEWIS J. LIMAN
                             United States District Judge