UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

GREAT AMERICAN INSURANCE COMPANY,

        Plaintiff,

    -v-

GEMSTONE PROPERTY MANAGEMENT, LLC et al.,

        Defendants.

------------------------------------------------------------------X

GEMSTONE PROPERTY MANAGEMENT, LLC et al.,

        Third-Party Plaintiffs,

    -v-

ASPEN SPECIALITY INSURANCE COMPANY, et al.,

        Third-Party Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/22/2026

23-cv-09100 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Responses to the motion to quash at Dkt. No. 224 are due February 3, 2026.  Any replies shall be filed no later than February 6, 2026.

The hearing scheduled for February 9, 2026 at 12:00 p.m. will address both the motion to quash and the motion to compel at Dkt. No. 221.  The hearing will be held via Microsoft Teams. The parties will be provided instructions for accessing the hearing via email, and the Court will post an audio-only dial-in number on the docket for public access.

    SO ORDERED.

Dated: January 22, 2026
    New York, New York

_____
        LEWIS J. LIMAN
        United States District Judge