UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                              :

GREAT AMERICAN INSURANCE COMPANY,    :

              Plaintiff,        :

     -v-                     :

GEMSTONE PROPERTY MANAGEMENT, LLC et al., :

             Defendants.     :

----------------------------------------------------------------------X
                              :

GEMSTONE PROPERTY MANAGEMENT, LLC et al., :

        Third-Party Plaintiffs,   :

     -v-                     :

ASPEN SPECIALITY INSURANCE COMPANY, et al., :

        Third-Party Defendants.   :

----------------------------------------------------------------------X

23-cv-09100 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/13/2026

LEWIS J. LIMAN, United States District Judge:

The Court will hold a short hearing with the doctor on the motion for an extension. The parties are directed to inform the Court by no later than February 16, 2026, of no fewer than three dates and times during the week of February 16, 2023 when they and the doctor might be available for a hearing no longer than one half hour.

SO ORDERED.

Dated: February 13, 2026
      New York, New York
                                             _____
                                              LEWIS J. LIMAN
                                       United States District Judge