UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

GREAT AMERICAN INSURANCE COMPANY,

               Plaintiff,

   -v-

GEMSTONE PROPERTY MANAGEMENT, LLC et al.,

               Defendants.

-------------------------------------------------------------------X

GEMSTONE PROPERTY MANAGEMENT, LLC et al.,

               Third-Party Plaintiffs,

   -v-

ASPEN SPECIALITY INSURANCE COMPANY, et al.,

               Third-Party Defendants.

-------------------------------------------------------------------X

23-cv-09100 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/03/2026

LEWIS J. LIMAN, United States District Judge:

Responses to the motion to reopen at Dkt. No. 272 are due no later than April 16, 2026.  Replies are due no later than April 23, 2026.

SO ORDERED.

Dated: April 3, 2026
      New York, New York

                                  LEWIS J. LIMAN
                        United States District Judge