USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREAT AMERICAN INSURANCE CO.,

Plaintiff,

-v-

GEMSTONE PROPERTY MANAGEMENT, LLC, et al.,

Defendants.

23-cv-9100 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Clerk of Court is respectfully directed to seal the filing at Dkt. No. 318 pending a decision on the motion at Dkt. No. 338.

SO ORDERED.

Dated: July 20, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge