USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREAT AMERICAN INSURANCE CO.,

Plaintiff,

-v-

GEMSTONE PROPERTY MANAGEMENT, LLC, et al.,

Defendants.

23-cv-9100 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court directs J. Hernandez Associates, Jr., Inc. ("J. Hernandez Associates") to respond to the motion to compel at Dkt. No. 372 no later than October 26, 2026. Counsel for Great American Insurance Company shall serve a copy of this order on J. Hernandez Associates and shall file proof of service on the docket.

SO ORDERED.

Dated: October 22, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge