USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREAT AMERICAN INSURANCE CO.,

Plaintiff,

-v-

GEMSTONE PROPERTY MANAGEMENT, LLC, et al.,

Defendants.

23-cv-9100 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiff Great American Insurance Company ("Great American") moves, pursuant to Federal Rules of Civil Procedure 37(a), to compel production of documents by non-party J. Hernandez Associates, Jr., Inc. ("Hernandez Associates") in response to Great American's document subpoena dated February 13, 2026 (the "Subpoena"). Dkt. No. 372; Dkt. No. 372-1.

Pursuant to the Eighth Revised Case Management Plan and Scheduling Order, fact discovery in this case was required to be completed by July 31, 2026. Dkt. No. 293 ¶ 6. The Subpoena is dated February 13, 2026, and was served that day. Dkt. No. 372-1. Hernandez Associates served its responses and objections to the Subpoena on March 6, 2026. Dkt. No. 372-4. Great American's letter motion was not made until October 21, 2026. Dkt. No. 372.

"[A] party seeking to file a motion to compel after discovery has closed must . . . establish good cause." *Gucci Am., Inc. v. Guess?, Inc.*, 790 F. Supp. 2d 136, 139 (S.D.N.Y. 2011); *accord NCR Corp. v. B.A.T. Indus. p.l.c.*, 2026 WL 2929769, at *3–4 (S.D.N.Y. Sept. 30, 2026); *Jones v. Abel*, 2025 WL 2208160, at *1 (S.D.N.Y. Aug. 4, 2025) ("There is no deadline under the Federal Rules of Civil Procedure for prosecuting a motion to compel production of documents other than the deadline for the completion of fact discovery"). Great American did

not file its motion to compel within the time period for fact discovery and has not shown good cause for its delay. Accordingly, the motion is denied.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 372.

SO ORDERED.

Dated: October 29, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge