USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/06/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREAT AMERICAN INSURANCE CO.,

Plaintiff,

-v-

GEMSTONE PROPERTY MANAGEMENT, LLC, et al.,

Defendants.

23-cv-9100 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On November 4, 2026, the Court granted Plaintiff Great American Insurance Company's motion for an order striking the confidentiality designations of non-party Herbert Subin ("Subin") with respect to the transcript of Subin's deposition in this case. Dkt. No. 393. In that order, the Court directed Plaintiff and Subin to meet and confer regarding the extent to which the letter briefs on the motion and the attachments to them can be unsealed. The parties have informed the Court that they "agree that the letter briefs and attachments may be unsealed in their entirety." Dkt. No. 396. The Clerk of Court is therefore respectfully directed to unseal the filings at Dkt. Nos. 381 and 387.

In light of Plaintiff and Subin's agreement, the Court also denies their respective motions to seal. *See* Dkt. Nos. 380, 386. The Clerk of Court is respectfully directed to close those motions.

SO ORDERED.

Dated: November 6, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge